1 BRUCE C. YOUNG, ESQ., NV Bar # 5560
PAIGE S. SHREVE, ESQ., NV Bar # 13773
2 LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
3 Las Vegas, Nevada 89118
TEL: 702.893.3383
4 FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
5 Paige.Shreve@lewisbrisbois.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOEN MELENDEZ, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>MASTERCORP COMMERCIAL SERVICES, LLC, a foreign company; DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | CASE NO. 2:21-cv-00967-JCM-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JOEN MELENEDEZ ("Plaintiff") and Defendant MASTERCORP COMMERCIAL SERVICES, LLC, ("Defendant"), by and through their respective counsel of record Jenny Foley of HKM EMPLOYMENT ATTORNEYS LLP, and Bruce C. Young, Esq. of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, as follows:

The parties agree that an extension of time for Defendant to answer or otherwise respond to the Complaint is necessary and appropriate while Plaintiff examines information from Defendant regarding the proper employer entity to be named in this action. Based on the date of service, Defendant's response to Plaintiff's Complaint is currently due on June 14, 2021. In order to allow counsel for Plaintiff to re-examine and investigate the facts and assess the identity of the proper employer entity to be named as the defendant in this action, the Parties have agreed to



4825-9890-4046.1

stipulate to extend the time for Defendant to respond to Plaintiff's Complaint up to and including June 28, 2021, or as otherwise ordered by this Court should Plaintiff choose to amend her Complaint prior to that date. This extension is not sought for any improper reason or for the purpose of delay.

DATED this 14th day of June, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Bruce C. Young, Esq.
  Bruce C. Young, Esq.
  Paige S. Shreve, Esq.
  6385 S. Rainbow Boulevard, Suite 600
  Las Vegas, Nevada 89118
  Attorneys for Defendant

DATED this 14th day of June, 2021.

HKM EMPLOYMENT ATTORNEYS

By /s/ Jenny Foley, Esq.
  Jenny Foley, Ph.D., Esq.
  1785 E. Sahara Ave., Suite 300
  Las Vegas, Nevada 89104
  Attorneys for Plaintiff

## ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's response to Plaintiff's Complaint shall be filed on or before June 28, 2021, or as otherwise ordered by this Court should Plaintiff choose to amend her Complaint prior to that date..

DATED this 14th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE