**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
**REX M. MARTINEZ, ESQ.**
Nevada Bar No. 15277
E-mail: rmartinez@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOEN MELENDEZ, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>MASTERCORP INC., a foreign company; DOES I -X; ROE CORPORATIONS I -X.<br><br>Defendants. | **CASE NO.: 2:21-cv-00967-JCM-VCF**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |

The Plaintiff Joen Melendez ("Melendez") by and through her attorneys of record, the law firm of HKM Employment Attorneys LLP hereby voluntarily dismisses with prejudice of all claims within her Complaint filed on May 20, 2021, and Amended Complaint filed on June 14, 2021.

///

///

///

///

1      Dated this 28th Day of July, 2021.

2                                                          **HKM EMPLOYMENT ATTORNEYS, LLP**

3

4                                                          */s/ Jenny L. Foley*
                                                           **JENNY L. FOLEY, Ph.D., Esq.**
                                                           Nevada Bar No. 9017
5                                                          **DANA SNIEGOCKI, ESQ.**
                                                           Nevada Bar No. 11715
6                                                          E-mail: dsniegocki@hkm.com
                                                           **REX M. MARTINEZ, ESQ.**
7                                                          Nevada Bar No. 15277
                                                           E-mail: rmartinez@hkm.com
8                                                          1785 East Sahara, Suite 300
                                                           Las Vegas, Nevada 89104
9                                                          Tel: (702) 805-8340
                                                           Fax: (702) 805-8340
10                                                         E-mail: jfoley@hkm.com
                                                           *Attorney for Plaintiff*